UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| BREANNA BACKFISCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-00213-SNLJ |
| | ) | |
| PENSKE TRUCK LEASING CO., L.P., | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM AND ORDER</u>

This matter is before the Court on plaintiff's Motion for (Partial) Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c).  [Doc. 142].  Plaintiff seeks judgment as a matter of law on defendant Federal Express Corporation's affirmative defense that the Federal Aviation Administration Authorization Act ("FAAAA"), 49 U.S.C. § 14501(c)(1), preempts plaintiff's negligent hiring claim.  Plaintiff's position is supported by the recent ruling of the U.S. Supreme Court in *Montgomery v. Caribe Transport II, LLC*, 146 S. Ct. 1199, 1204-05 (2026), which determined that the FAAAA does not preempt claims alleging negligent hiring of unsafe motor carriers, as such claims fall within the FAAAA's safety exception set forth in § 14501(c)(2)(A).  In light of this decision, defendant Federal Express Corporation concedes that the FAAAA does not preempt Count V of plaintiff's second amended complaint.  [Doc. 146].

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion for (Partial) Judgment on the Pleadings [Doc. 142] is **GRANTED** as to defendant Federal Express Corporation's

affirmative defense that the Federal Aviation Administration Authorization Act preempts

plaintiff's negligent hiring claim.

    **SO ORDERED** this 25th day of June, 2026.


_____

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE